## American Home Circle, Appellant, v. Cecelia Mastinsek, Administratrix, Appellee.

VERDICT—*when set aside as against the evidence.* A verdict unwarranted by the evidence will be set aside on appeal.

Assumpsit. Appeal from the Circuit Court of Logan county; the Hon. T. M. HARRIS, Judge, presiding. Heard in this court at the May term, 1907. Reversed and remanded. Opinion filed December 7, 1907. Rehearing denied and opinion modified May 20, 1908.

GEORGE W. KENNEY and HUMPHREY & ANDERSON, for appellant.

BALDWIN & STRINGER, for appellee.

MR. JUSTICE RAMSAY delivered the opinion of the court.

Louisa Mastinsek brought suit against appellant, a fraternal benefit association, upon a certificate issued to Stephen Mastinsek in which said Louisa Mastinsek was the beneficiary. After commencement of the suit the said beneficiary died and Cecelia Mastinsek, as administratrix, was substituted as plaintiff. A verdict was returned in favor of appellee. Judgment in favor of appellee was rendered in the sum of $680.70, and appellant appealed.

Upon the trial the defense set up by appellant was that the assured committed suicide and that by the terms of the certificate such suicide rendered such certificate null and void and no recovery could be had.

We have made a careful examination of all the evidence and from the competent evidence have no doubt that Stephen Mastinsek came to his death by suicide. No rational conclusion can be drawn from a consideration of such competent evidence other than that of suicide and in that regard the verdict was unwarranted and should have been set aside.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*